UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  CR 18-0247-DOC                                                                 Date: February 19, 2019

Present: The Honorable: **DAVID O. CARTER, U.S. District Judge**

Interpreter  N/A

| Deborah Lewman | Debbie Gale | Jake D. Nare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Salvador Vasquez | X | X | | Andrea L. Jacobs, DFPD | X | X | |

**PROCEEDINGS:  MOTION TO SUPPRESS EVIDENCE AND STATEMENTS [29]**

Witnesses called, sworn and testified.  Exhibits identified and admitted.

Hearing continued to February 20, 2019 at 8:30 a.m.

                                                                                                                                2:31
**Initials of Deputy Clerk**  djl