UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  CR 18-0247-DOC                                                                    Date: February 20, 2019

Present: The Honorable:  **DAVID O. CARTER, U.S. District Judge**

Interpreter  N/A

| Deborah Lewman | Debbie Gale, CourtSmart | Jake D. Nare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Salvador Vasquez | X | X | | Andrea L. Jacobs, DFPD | X | X | |

**PROCEEDINGS:  MOTION TO SUPPRESS EVIDENCE AND STATEMENTS [29]**

  Witnesses called, sworn and testified.  Closing arguments heard.

  For the reasons stated on the record, Defendant's Motion to Suppress Evidence and Statements [29] is DENIED.

                                                                                                              2:07
                                                                  **Initials of Deputy Clerk**  djl